| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 461. | | | | | Buy (add'l) | 01/30/13 | J | | |
| 462. | | | | | Sold (part) | 09/19/13 | J | A | |
| 463. | | | | | Sold (part) | 09/19/13 | J | A | |
| 464. | | | | | Sold (part) | 11/26/13 | J | A | |
| 465. | | | | | Sold (part) | 12/11/13 | J | A | |
| 466. | | | | | Sold (part) | 11/26/13 | J | B | |
| 467. Johnson Controls | A | Dividend | J | T | | | | | |
| 468. JOY GLOBAL INC | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 469. | | | | | Sold (part) | 05/10/13 | J | A | |
| 470. JP Morgan Chase & Co | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 471. | | | | | Sold (part) | 11/26/13 | J | A | |
| 472. | | | | | Sold (part) | 12/11/13 | J | B | |
| 473. | | | | | Sold (part) | 12/11/13 | J | B | |
| 474. JP MORGAN CHASE GLB-3.150% 7/5/2016 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 475. | | | | | Sold (part) | 01/08/13 | J | A | |
| 476. | | | | | Sold | 12/11/13 | J | A | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 478. JP Morgan Chase GLB 4.75% 3/1/15 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 479. JP MORGAN CHASE BONDS 1.875% 3/20/15 | A | Interest | J | T | Buy | 12/05/13 | J | | |
| 480. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 481. KASIKORNBANK PCL-UNSPON | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 482. Kimberly Clark | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 483. | | | | | Sold (part) | 05/16/13 | J | A | |
| 484. | | | | | Sold (part) | 05/20/13 | J | A | |
| 485. KINDER MORGAN INC. DEL | A | Dividend | J | T | Buy (add'l) | 04/01/13 | J | | |
| 486. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 487. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 488. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 489. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 490. | | | | | Sold (part) | 11/26/13 | J | A | |
| 491. | | | | | Sold (part) | 12/11/13 | J | A | |
| 492. KLA TENCOR CORP PVS0.001 | A | Dividend | | | Sold | 05/29/13 | J | A | |
| 493. KOC HLDG AS-UNSPON | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. KRAFT FOODS | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 495. | | | | | Sold (part) | 11/01/13 | J | A | |
| 496. | | | | | Sold (part) | 11/04/13 | J | A | |
| 497. | | | | | Sold (part) | 11/26/13 | J | A | |
| 498. KRAFT FOODS GLB 5.375% 2/10/2020 | A | Interest | | | Sold | 06/19/13 | J | A | |
| 499. Kraft Foods GLB 3.5% 6/6/22 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 500. | | | | | Buy (add'l) | 06/19/13 | J | | |
| 501. Life Healthcare | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 502. LILLY ELI & CO | A | Dividend | | | Sold | 01/14/13 | J | A | |
| 503. | | | | | Sold | 12/11/13 | J | A | |
| 504. LINKEDIN CORP | A | Dividend | | | Sold | 04/01/13 | J | A | |
| 505. LIXIL GROUP CORPORATION | A | Dividend | | | Sold | 10/23/13 | J | A | |
| 506. | | | | | Sold | 10/23/13 | J | A | |
| 507. LOCKHEED MARTIN CORP | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 508. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 509. | | | | | Sold (part) | 11/26/13 | J | A | |
| 510. | | | | | Sold (part) | 12/11/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  LORILLARD INC | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 512. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 513. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 514. | | | | | Sold (part) | 12/11/13 | J | A | |
| 515.  Lowes | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 516. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 517. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 518. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 519. | | | | | Sold (part) | 12/11/13 | J | A | |
| 520. | | | | | Sold (part) | 12/11/13 | J | A | |
| 521.  Lululemon Athletica | A | Dividend | | | Sold | 10/31/13 | J | A | |
| 522. | | | | | Sold (part) | 10/30/13 | J | A | |
| 523. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 524.  LVMH MOET HENNESSY ADR (X) | A | Dividend | | | Sold | 02/05/13 | J | A | |
| 525.  Macy's | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 526. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 527.  MAINSTAY LARGE CAP | A | Dividend | | | Sold | 03/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Manhattan Assocs Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 529. MARATHON OIL CORP | A | Dividend | | | Sold (part) | 11/26/13 | J | A | |
| 530. | | | | | Sold (part) | 01/14/13 | J | A | |
| 531. | | | | | Sold (part) | 04/29/13 | J | A | |
| 532. | | | | | Sold | 12/11/13 | J | B | |
| 533. | | | | | Sold | 12/11/13 | J | A | |
| 534. MASTERCARD INC (X) | A | Dividend | J | T | Sold (part) | 12/11/13 | J | B | |
| 535. | | | | | Sold (part) | 12/11/13 | J | A | |
| 536. MATTEL INC COM | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 537. MCDONALDS CORP | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 538. MCKESSON CORPORATION COM | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 539. | | | | | Sold (part) | 12/11/13 | J | A | |
| 540. MEADWESTVACO CORP | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 541. METRONIC INC COM | A | Dividend | | | Sold | 11/26/13 | J | A | |
| 542. | | | | | Sold | 12/11/13 | J | A | |
| 543. MERCK AND CO INC | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 544. | | | | | Sold (part) | 12/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  Metlife Inc | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 546. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 547. | | | | | Buy | 11/14/13 | J | | |
| 548. | | | | | Sold (part) | 11/26/13 | J | A | |
| 549. | | | | | Sold (part) | 12/11/13 | J | A | |
| 550.  MFS VALUE FD CL I | A | Dividend | | | Sold | 03/18/13 | J | A | |
| 551.  Michael Kors | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 552. | | | | | Buy (add'l) | 06/27/13 | J | | |
| 553.  Microsoft Corp | A | Dividend | K | T | Buy (add'l) | 12/11/13 | J | | |
| 554. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 555. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 556. | | | | | Sold (part) | 07/22/13 | J | A | |
| 557. | | | | | Sold (part) | 07/22/13 | J | A | |
| 558. | | | | | Sold (part) | 01/31/13 | J | A | |
| 559. | | | | | Sold (part) | 02/05/13 | J | A | |
| 560. | | | | | Sold (part) | 11/26/13 | J | A | |
| 561.  MITSUBISHI ESTATE ADR | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Mobile Telesys | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 563. MOLSON COOR BREW CO CL B | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 564. | | | | | Sold (part) | 12/11/13 | J | A | |
| 565. MONDELEZ INTERNATIONAL INC | A | Dividend | | | Sold | 04/29/13 | J | A | |
| 566. MONSANTO CO NEW DEL COM | A | Dividend | J | T | Buy (add'l) | 10/22/13 | J | | |
| 567. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 568. | | | | | Buy (add'l) | 10/22/13 | J | | |
| 569. | | | | | Sold (part) | 12/11/13 | J | A | |
| 570. | | | | | Sold (part) | 06/06/13 | J | A | |
| 571. | | | | | Sold (part) | 11/26/13 | J | A | |
| 572. MWI Veterinary Supply | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 573. Nasdaq OMX Grp Inc | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 574. Neogen Corp | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 575. Nestle S A Rep Rg Sh | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 576. Net App Inc | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 577. | | | | | Buy | 08/08/13 | J | | |
| 578. Newell Rubbermaid | A | Dividend | | | Sold | 12/16/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. NEWS CORP CL A | A | Dividend | | | Sold | 01/11/13 | J | A | |
| 580. Newmarket Corp | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 581. NEXTERA ENERGY INC SHS | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 582. | | | | | Sold (part) | 01/18/13 | J | A | |
| 583. | | | | | Sold (part) | 01/22/13 | J | A | |
| 584. NIKE INC | A | Dividend | | | Sold | 09/19/13 | J | A | |
| 585. Nielsen Holdings | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 586. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 587. NOBLE ENERGY INC (X) | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 588. | | | | | Buy (add'l) | 10/23/13 | J | | |
| 589. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 590. Norfolk Southern | A | Dividend | | | Sold | 11/26/13 | J | A | |
| 591. | | | | | Sold | 12/16/13 | J | A | |
| 592. | | | | | Buy | 10/22/13 | J | | |
| 593. NORTHROP GRUMMAN CORP | A | Dividend | | | Sold | 12/16/13 | J | A | |
| 594. Novartis ADR | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 595. | | | | | Buy (add'l) | 03/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold (part) | 12/11/13 | J | A | |
| 597. Novo Nordisk | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 598. Nucor | A | Dividend | | | Sold (part) | 07/09/13 | J | A | |
| 599. | | | | | Sold | 07/10/13 | J | A | |
| 600. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 601. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 602. OCCIDENTAL PETE CORP CAL | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 603. Oil Sts Int'l Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 604. Oneok Inc | A | Dividend | J | T | | | | | |
| 605. Open Text Corp Com | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 606. Oracle Corp | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 607. | | | | | Buy (add'l) | 12/23/13 | J | | |
| 608. | | | | | Sold (part) | 06/24/13 | J | A | |
| 609. | | | | | Sold (part) | 06/24/13 | J | A | |
| 610. | | | | | Sold (part) | 12/11/13 | J | A | |
| 611. O'REILLY AUTOMOTIVE INC | A | Dividend | J | T | Sold (part) | 02/08/13 | J | A | |
| 612. | | | | | Sold (part) | 11/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. OSI System Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 614. Outerwall Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 615. Panalpina Welttransport | A | Dividend | J | T | | | | | |
| 616. Parexel International | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 617. Paychex Inc | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 618. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 619. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 620. | | | | | Sold (part) | 12/11/13 | J | A | |
| 621. Pepsico Inc | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 622. | | | | | Buy (add'l) | 11/01/13 | J | | |
| 623. | | | | | Buy (add'l) | 11/04/13 | J | | |
| 624. Peabody Energy | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 625. Penn National Gaming Corp | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 626. PETROFAC LTD | A | Dividend | | | Sold | 02/20/13 | J | A | |
| 627. Pfizer Inc Del PV .05 | A | Dividend | K | T | Buy (add'l) | 12/11/13 | J | | |
| 628. | | | | | Buy | 12/11/13 | J | | |
| 629. | | | | | Sold (part) | 11/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | | Sold (part) | 12/11/13 | J | A | |
| 631. | | | | | | Sold (part) | 11/26/13 | J | A | |
| 632. | | | | | | Sold (part) | 12/11/13 | J | A | |
| 633. PFIZER INC-6.2% 3/15/2019 | | A | Interest | | | Sold (part) | 01/11/13 | J | A | |
| 634. | | | | | | Sold | 11/26/13 | J | A | |
| 635. PHILIP MORRIS INTL INC | | A | Dividend | K | T | Buy (add'l) | 12/11/13 | J | | |
| 636. | | | | | | Buy (add'l) | 12/11/13 | J | | |
| 637. | | | | | | Buy (add'l) | 12/11/13 | J | | |
| 638. | | | | | | Sold (part) | 05/29/13 | J | A | |
| 639. | | | | | | Sold (part) | 11/26/13 | J | A | |
| 640. PHILIPS ELECTRONIC NV GLB-3.750% 3/15/2022 | | A | Interest | | | Sold | 11/26/13 | J | A | |
| 641. PHILLIPS 66 SHS | | A | Dividend | | | Sold (part) | 02/13/13 | J | A | |
| 642. | | | | | | Sold (part) | 04/16/13 | J | A | |
| 643. | | | | | | Sold | 04/19/13 | J | A | |
| 644. Pimco Fixed Income Shs Series C Instl | | | Dividend | | | | | | | |
| 645. Pimco Fixed Income Shs Series M Instl | | | Dividend | | | | | | | |
| 646. PIMCO TOTAL RETURN FUND CL P | | A | Dividend | | | Sold | 03/18/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. PNC FINANCIAL SERVICES GROUP INC | A | Dividend | | | Sold | 12/16/13 | J | A | |
| 648. Portfolio Recovery Assoc Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 649. POTASH CORP SASKATCHEWAN | A | Dividend | | | Sold | 05/01/13 | J | A | |
| 650. | | | | | Sold | 05/01/13 | J | A | |
| 651. PPG INDUSTRIES INC | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 652. | | | | | Sold (part) | 11/26/13 | J | A | |
| 653. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 654. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 655. PRECISION CASTPARTS | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 656. | | | | | Sold (part) | 09/26/13 | J | A | |
| 657. | | | | | Sold (part) | 11/26/13 | J | C | |
| 658. Proctor Gamble | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 659. | | | | | Sold (part) | 11/26/13 | J | A | |
| 660. PT MEDIA NUSANTARA CITRA | A | Dividend | J | T | | | | | |
| 661. PRUDENTIAL FINANCIAL INC | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 662. Pruska Real Estate | A | Dividend | J | T | | | | | |
| 663. QUALCOMM INC | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Sold (part) | 07/08/13 | J | A | |
| 665. | | | | | Sold (part) | 07/08/13 | J | A | |
| 666. | | | | | Sold (part) | 12/11/13 | J | A | |
| 667. | | | | | Sold (part) | 06/06/13 | J | A | |
| 668. | | | | | Sold (part) | 06/26/13 | J | A | |
| 669. RANGE RESOURCES CORP DEL | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 670. | | | | | Sold (part) | 11/26/13 | J | A | |
| 671. Raytheon Co Delaware New | A | Dividend | | | Sold | 10/23/13 | J | A | |
| 672. Realogy Holdings Corp | A | Dividend | J | T | | | | | |
| 673. Realty Income CRP MD PV | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 674. Regal Beloit Corp | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 675. Regions Finl Corp | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 676. REMAX PLC-NEW NEW ADR | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 677. Rexam PLC | A | Dividend | J | T | | | | | |
| 678. REYNOLDS AMERICAN INC | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 679. RLI Corp | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 680. ROSS STORES INC COM | A | Dividend | J | T | Buy | 06/14/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | Buy (add'l) | 06/14/13 | J | | |
| 682. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 683. | | | | | Sold (part) | 12/11/13 | J | A | |
| 684. | | | | | Sold (part) | 12/11/13 | J | A | |
| 685. ROYAL DUTCH SHELL | A | Dividend | | | Sold | 12/16/13 | J | A | |
| 686. SAMPO PLC SHS | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 687. SANDISK CORP INC | A | Dividend | | | Sold | 09/26/13 | J | A | |
| 688. | | | | | Sold | 09/27/13 | J | A | |
| 689. SBERBANK SPONSORED ADR | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 690. Schlumberger Ltd | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 691. | | | | | Sold (part) | 12/11/13 | J | A | |
| 692. | | | | | Sold (part) | 01/30/13 | J | A | |
| 693. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 694. SHERWIN WILLIAMS CO | A | Dividend | J | T | Buy (add'l) | 07/15/13 | J | | |
| 695. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 696. | | | | | Sold (part) | 11/26/13 | J | A | |
| 697. | | | | | Buy (add'l) | 07/12/13 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. SKY DETSCHLND AG UNS ADR | A | Dividend | J | T | | | | | |
| 699. SLM Corp | A | Dividend | | | Sold | 12/16/13 | J | A | |
| 700. | | | | | Buy | 06/13/13 | J | | |
| 701. Spectra Energy | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 702. STAPLES | A | Dividend | | | Sold | 12/16/13 | J | A | |
| 703. STARBUCKS CORP | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 704. | | | | | Sold (part) | 11/07/13 | J | B | |
| 705. | | | | | Sold (part) | 11/26/13 | J | C | |
| 706. St Jude Medical | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 707. State Street Corp | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 708. SUMITOMO MITSUI-UNSPONS | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 709. Suncor Energy Inc | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 710. | | | | | Buy | 01/14/13 | J | | |
| 711. Suntrust BKS Inc | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 712. | | | | | Buy | 01/14/13 | J | | |
| 713. SWATCH GROUP AG UNSPOND | A | Dividend | | | Sold | 11/12/13 | J | A | |
| 714. | | | | | Sold | 11/12/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. Symantic Corp | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 716. | | | | | Buy | 08/08/13 | J | | |
| 717. SYSCO CORP | A | Dividend | | | Sold | 09/16/13 | J | A | |
| 718. T ROWE PRICE DIVIDEND GROWTH FUND | A | Dividend | | | Sold | 03/18/13 | J | A | |
| 719. TAIWAN SEMICONDUCTOR MANUFACTURING CO LTD | A | Distribution | J | T | Sold (part) | 12/11/13 | J | A | |
| 720. Target Corp | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 721. TE Connectivity Ltd | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 722. TECHNIP SP ADR | A | Dividend | | | Sold | 11/06/13 | J | A | |
| 723. TELEKOMUNIKASI INDONESIA | A | Dividend | J | T | Sold (part) | 03/07/13 | J | A | |
| 724. TERADATA CORP DEL | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 725. | | | | | Sold (part) | 04/04/13 | J | A | |
| 726. TEVA PHARMACTCL INDS ADR | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 727. The Madison Square Garden Co | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 728. Thermo Fisher Scientific | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 729. Tibco Software | A | Dividend | J | T | | | | | |
| 730. TIME WARNER CABLE INC | A | Dividend | | | Sold (part) | 02/05/13 | J | A | |
| 731. | | | | | Sold | 7/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. TIME WARNER INC-4.875% 3/15/2020 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 733. Total S.A. Sp ADR | A | Dividend | | | Sold | 11/26/13 | J | A | |
| 734. | | | | | Sold | 12/11/13 | J | A | |
| 735. TOUCHSTONE SANDS CAPITAL | A | Dividend | | | Sold | 03/18/13 | J | A | |
| 736. TOYOTA MOTOR CREDIT CORP SER MTN GLB-1.250% 10/05/2017 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 737. TRAVELERS COS INC | A | Dividend | J | T | Sold (part) | 11/26/13 | J | A | |
| 738. | | | | | Sold (part) | 12/11/13 | J | A | |
| 739. | | | | | Sold (part) | 12/11/13 | J | A | |
| 740. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 741. Treehouse Foods Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 742. Triumph Group Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 743. TRW Automotive Holdings | A | Dividend | | | Sold | 12/11/13 | J | A | |
| 744. | | | | | Buy | 04/23/13 | J | | |
| 745. TULLOW OIL PLC SHS | A | Dividend | | | Sold | 04/30/13 | J | A | |
| 746. Tupperware Brands | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 747. Twenty First Century | A | Dividend | J | T | Sold (part) | 10/10/13 | J | A | |
| 748. | | | | | Sold (part) | 12/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. | | | | | Sold (part) | 11/26/13 | J | A | |
| 750. | | | | | Buy (add'l) | 07/11/13 | J | | |
| 751.  TYCO INTL LTD NAMEN-AKT | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 752. | | | | | Sold (part) | 12/11/13 | J | A | |
| 753.  Tyler Techs Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 754.  U.S. BANCORP (NEW) | A | Dividend | | | Sold | 12/23/13 | J | A | |
| 755.  U.S. BANCORP SER MTN 1.650% 5/15/2017 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 756. | | | | | Sold (part) | 01/08/13 | J | A | |
| 757. | | | | | Buy (add'l) | 05/13/13 | J | | |
| 758.  UNILEVER NV NY REG SHS | A | Dividend | J | T | | | | | |
| 759.  UNILEVER PLC NEW ADR | A | Dividend | | | Sold | 11/26/13 | J | A | |
| 760.  UNION PACIFIC CORP | A | Dividend | J | T | Buy (add'l) | 11/21/13 | J | | |
| 761. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 762. | | | | | Sold (part) | 11/26/13 | J | A | |
| 763.  United Techs Corp Com | A | Dividend | J | T | | | | | |
| 764.  UNITEDHEALTH GROUP | A | Dividend | J | T | Sold (part) | 01/31/13 | J | A | |
| 765.  United Parcel Svc CL B | A | Dividend | J | T | Buy | 12/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS –– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766.  US Bancorp (New) | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 767.  US TREASURY BOND-4.375% 11/15/2039 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 768.  US TREASURY NOTE-1.375% 2/28/2019 | A | Interest | | | Sold | 08/09/13 | J | A | |
| 769.  US TREASURY NOTE-2.875% 1/31/2013 | A | Interest | | | Redeemed | 01/31/13 | J | A | |
| 770.  US TREASURY NOTE-4.25% 11/15/2017 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 771.  US TREASURY NOTE-.250% 1/31/2014 | A | Interest | | | Sold | 10/03/13 | J | A | |
| 772.  US TREASURY NOTE-.250% 10/31/2014 | A | Interest | | | Sold (part) | 04/30/13 | J | A | |
| 773. | | | | | Sold (part) | 06/04/13 | J | A | |
| 774. | | | | | Sold (part) | 08/01/13 | J | A | |
| 775. | | | | | Sold (part) | 08/30/13 | J | A | |
| 776. | | | | | Sold (part) | 09/30/13 | J | A | |
| 777. | | | | | Sold (part) | 10/25/13 | J | A | |
| 778. | | | | | Sold (part) | 11/26/13 | J | A | |
| 779. | | | | | Sold | 12/11/13 | J | A | |
| 780. | | | | | Buy (add'l) | 01/02/13 | J | | |
| 781. | | | | | Buy (add'l) | 01/02/13 | J | | |
| 782. | | | | | Buy (add'l) | 01/02/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. US TREASURY NOTE-.250% 2/15/2015 | A | Interest | | | Sold | 10/03/13 | J | A | |
| 784. | | | | | Buy | 02/06/13 | J | | |
| 785. US TREASURY NOTE-.250% 7/15/2015 | A | Interest | | | Sold (part) | 02/07/13 | J | A | |
| 786. | | | | | Sold (part) | 02/15/13 | J | A | |
| 787. | | | | | Sold (part) | 11/26/13 | J | A | |
| 788. | | | | | Sold | 12/11/13 | J | A | |
| 789. | | | | | Buy (add'l) | 01/31/13 | J | | |
| 790. US TREASURY NOTE-.625% 8/31/2017 | A | Interest | | | Sold (part) | 01/17/13 | J | A | |
| 791. | | | | | Sold (part) | 02/25/13 | J | A | |
| 792. | | | | | Sold (part) | 11/26/13 | J | A | |
| 793. | | | | | Sold | 12/11/13 | J | A | |
| 794. US Treasury Note .625% 4/30/18 | A | Interest | | | Sold (part) | 11/26/13 | J | A | |
| 795. | | | | | Sold | 12/11/13 | J | A | |
| 796. | | | | | Buy (add'l) | 04/30/13 | J | | |
| 797. | | | | | Buy (add'l) | 08/30/13 | J | | |
| 798. US TREASURY NOTE-.75% 10/31/2017 | A | Interest | | | Sold | 03/01/13 | J | A | |
| 799. | | | | | Sold | 12/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. US TREASURY NOTE-.875% 4/30/2017 | A | Interest | | | Sold | 02/07/13 | J | A | |
| 801. | | | | | Sold | 12/11/13 | J | A | |
| 802. US TREASURY NOTE-0.125% 7/31/2014 | A | Interest | | | Sold (part) | 04/17/13 | J | A | |
| 803. | | | | | Sold | 04/30/13 | J | A | |
| 804. US TREASURY NOTE-0.375% | A | Interest | | | Sold | 01/08/13 | J | A | |
| 805. US TREASURY NOTE-.5% 05/31/2013 | A | Interest | | | Redeemed | 05/31/13 | J | A | |
| 806. US TREASURY NOTE-1.750% 1/31/2014 | A | Interest | | | Sold | 03/27/13 | J | A | |
| 807. US TREASURY NOTE-2.50% 03/31/2013 | A | Interest | | | Sold | 03/31/13 | J | A | |
| 808. | | | | | Sold (part) | 02/01/13 | J | A | |
| 809. | | | | | Sold (part) | 03/27/13 | J | A | |
| 810. US TREASURY NOTE-2.625% 11/15/2020 | A | Interest | | | Sold (part) | 11/26/13 | J | A | |
| 811. | | | | | Sold | 12/11/13 | J | A | |
| 812. US TREASURY NOTE-2.625% 12/31/2014 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 813. US TREASURY NOTE-2.750% 11/30/2016 | A | Interest | | | Sold | 02/07/13 | J | A | |
| 814. US TREASURY NOTE-3.125% 5/15/2019 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 815. | | | | | Sold | 12/11/13 | J | A | |
| 816. | | | | | Buy | 07/31/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. US TREASURY NOTE-3.125% 5/15/2021 | A | Interest | | | Sold (part) | 01/15/13 | J | A | |
| 818. | | | | | Sold (part) | 04/17/13 | J | A | |
| 819. | | | | | Sold (part) | 09/12/13 | J | A | |
| 820. | | | | | Sold (part) | 11/26/13 | J | A | |
| 821. | | | | | Sold | 12/11/13 | J | A | |
| 822. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 823. | | | | | Buy (add'l) | 06/04/13 | J | | |
| 824. | | | | | Buy (add'l) | 09/30/13 | J | | |
| 825. US Treasury Note .625% 7/15/21 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 826. US TREASURY NOTE-3.625% 02/15/2020 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 827. | | | | | Buy | 09/25/13 | J | | |
| 828. US TREASURY NOTE-3.625% 08/15/2019 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 829. US TRSY INFLATION BOND-2.375% 1/15/2029 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 830. US TRSY INFLATION BOND-.750% 2/15/2042 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 831. US TRSY INFLATION BOND-2.375% 1/15/2025 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 832. US TRSY INFLATION NTE-.125% 7/15/2022 | A | Interest | | | Sold | 12/11/13 | J | A | |
| 833. US TRSY INFLATION NOTE-.625% 7/15/2021 | A | Interest | | | Sold | 12/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. US Treasury Note .375% 3/15/16 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 835. | | | | | Sold | 12/11/13 | J | A | |
| 836. | | | | | Buy (add'l) | 03/27/13 | J | | |
| 837. US Treasury Note 2.125% 8/15/21 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 838. | | | | | Buy | 11/01/13 | J | | |
| 839. US Treasury Note 1% 10/31/16 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 840. | | | | | Buy | 10/03/13 | J | | |
| 841. US Treasury Note .75% 6/30/17 | A | Interest | | | Sold | 12/10/13 | J | A | |
| 842. | | | | | Buy | 11/20/13 | J | | |
| 843. US Trsy Note 1.875% 2/28/14 | A | Interest | J | T | Buy | 12/05/13 | J | | |
| 844. US Treasury Note 1% 5/15/14 | A | Interest | K | T | Buy | 12/05/13 | K | | |
| 845. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 846. | | | | | Sold (part) | 12/23/13 | J | A | |
| 847. US Treasury Note .25% 5/31/14 | A | Interest | K | T | Buy | 12/05/13 | K | | |
| 848. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 849. | | | | | Sold (part) | 12/23/13 | J | A | |
| 850. US Treasury Note .375% 6/30/15 | A | Interest | | | Sold | 12/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Buy | 12/05/13 | J | | |
| 852. US Treasury Note .375% 11/15/14 | A | Interest | K | T | Buy | 12/05/13 | K | | |
| 853. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 854. | | | | | Sold (part) | 12/23/13 | J | A | |
| 855. US Treasury Note .25% 1/15/15 | A | Interest | K | T | Buy | 12/05/13 | K | | |
| 856. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 857. | | | | | Sold (part) | 12/23/13 | J | A | |
| 858. US Treasury Note .375% 1/30/15 | A | Interest | J | T | Buy | 12/05/13 | J | | |
| 859. US Treasury Note .25% 10/31/15 | A | Interest | K | T | Buy | 12/05/13 | K | | |
| 860. US Treasury Note .25 5/15/16 | A | Interest | J | T | Buy | 12/05/13 | J | | |
| 861. US Treasury Note .625% 7/15/16 | A | Interest | J | T | Buy | 12/05/13 | J | | |
| 862. US Treasury Note 2% 2/15/2023 | A | Interest | | | Sold | 08/26/13 | J | A | |
| 863. | | | | | Sold | 12/11/13 | J | A | |
| 864. | | | | | Buy | 03/01/13 | J | | |
| 865. | | | | | Buy (add'l) | 03/06/13 | J | | |
| 866. | | | | | Buy (add'l) | 04/02/13 | J | | |
| 867. | | | | | Buy (add'l) | 03/06/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. US Treasury Note 1.86% 12/31/19 | A | Interest | | | Sold | 12/11/13 | J | A | |
| 869. | | | | | Buy | 01/11/13 | J | | |
| 870. US Treasury Note 2% 11/15/21 | A | Interest | | | Sold | 12/11/13 | J | A | |
| 871. | | | | | Buy | 05/07/13 | J | | |
| 872. US Treasury Note 1.5% 7/1/15 | A | Interest | | | Buy | 12/05/13 | J | | |
| 873. | | | | | Sold | 12/24/13 | J | A | |
| 874. USD CANADIAN NATURAL RES-5.7% 5/15/2017 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 875. USD BANK NOVA SCOTIA-2.550% 1/31/2017 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 876. USD Shell Intl Fin 1.9% 8/10/18 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 877. | | | | | Buy | 08/08/13 | J | | |
| 878. V F CORPORATION | A | Dividend | | | Sold (part) | 01/17/13 | J | A | |
| 879. | | | | | Sold | 01/18/13 | J | A | |
| 880. VALE SE | A | Dividend | | | | | | | |
| 881. Valero Energy Corp New | A | Dividend | | | Sold (part) | 02/05/13 | J | A | |
| 882. | | | | | Sold | 12/10/13 | J | A | |
| 883. Ventas Inc | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 884. VERIZON COMMUNICATION COM | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 886. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 887. | | | | | Sold (part) | 04/29/13 | J | A | |
| 888. | | | | | Sold (part) | 03/27/13 | J | A | |
| 889. | | | | | Sold (part) | 11/26/13 | J | A | |
| 890. VERIZON COMMUNICATION-1.25% 02/15/2018 | A | Interest | J | T | Buy | 12/05/13 | J | | |
| 891. Verizon Communications 5.5% 2/15/18 | A | Interest | | | Sold | 04/26/13 | J | A | |
| 892. Verizon Communications 5.15% 9/15/23 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 893. | | | | | Buy | 09/12/13 | J | | |
| 894. VERTEX PHARMCTLS INC | A | Dividend | J | T | Sold (part) | 08/26/13 | J | A | |
| 895. | | | | | Sold (part) | 09/23/13 | J | A | |
| 896. | | | | | Sold (part) | 11/12/13 | J | A | |
| 897. VIACOM INC NEW CL B | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 898. Viewpoint Financial Group | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 899. Virtus Investment Partners Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 900. Visa Inc | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 901. | | | | | Buy (add'l) | 03/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | Sold (part) | 12/11/13 | J | A | |
| 903. VODAFONE | A | Dividend | J | T | | | | | |
| 904. Vornado Realty Trust Preferred | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 905. WACHOVIA CORP BOND | A | Interest | | | Redeemed | 08/01/13 | J | A | |
| 906. Wal-Mart Stores Inc | A | Dividend | J | T | Buy (add'l) | 08/23/13 | J | | |
| 907. | | | | | Sold (part) | 04/12/13 | J | A | |
| 908. | | | | | Sold (part) | 4/12/13 | J | A | |
| 909. | | | | | Sold (part) | 12/2/13 | J | A | |
| 910. | | | | | Sold (part) | 12/11/13 | J | A | |
| 911. | | | | | Buy (add'l) | 06/28/13 | J | | |
| 912. | | | | | Buy | 08/09/13 | J | | |
| 913. WALMART STORES INC 5.8% 2/15/2018 | A | Interest | | | Sold | 11/26/13 | J | A | |
| 914. Walmart Stores 1.125% 4/11/18 | A | Interest | | | Buy | 04/29/13 | J | | |
| 915. | | | | | Sold | 11/26/13 | J | A | |
| 916. WELLS FARGO & CO NEW DEL | A | Dividend | J | T | Buy (add'l) | 12/11/13 | J | | |
| 917. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 918. | | | | | Sold (part) | 11/26/13 | J | A | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. | | | | | Sold (part) | 12/11/13 | J | A | |
| 920. Wells Fargo Bond 1.5% 7/1/15 | A | Interest | J | T | Buy (add'l) | 12/05/13 | J | | |
| 921. | | | | | Buy (add'l) | 02/06/13 | J | | |
| 922. | | | | | Sold (part) | 12/10/13 | J | A | |
| 923. | | | | | Sold (part) | 12/24/13 | J | A | |
| 924. Wex Inc | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 925. WHIRLPOOL CORP | A | Dividend | | | Sold | 03/07/13 | J | A | |
| 926. Whole Foods | A | Dividend | J | T | Sold (part) | 12/02/13 | J | A | |
| 927. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 928. Williams Companies Del | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 929. | | | | | Buy (add'l) | 12/11/13 | J | | |
| 930. | | | | | Sold (part) | 12/11/13 | J | A | |
| 931. Wisconsin Energy | A | Dividend | J | T | Buy | 12/11/13 | J | | |
| 932. Wolverine World Wide | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 933. World Acceptance Corp | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 934. World Fuel Services Corp | A | Dividend | J | T | Buy | 12/05/13 | J | | |
| 935. XEROX CORP | A | Dividend | | | Sold | 11/26/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 11/24/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | Sold | 12/11/13 | J | A | |
| 937.  Zoetis Inc | A | Dividend | J | T | Sold (part) | 12/11/13 | J | A | |
| 938.  ZOOMLION HEAVY INDUSTRY | A | Dividend | | | Sold | 02/19/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investment Line 3 - Appraisal Date 1/20/2009

VII - Investments - The holdings reported in Part VII are aggregated from 8 seperate accounts with Merril Lynch. There were several purchases of the same security on the same date, but from within different accounts. These purchase transactions were reported individually, not in the aggregate.

VII - Investments - There are 3 investments that were held as of 12/31/12 for which I did not see a sales transaction during 2013, nor were they shown as holdings as of 12/31/13. These investments are BG Group PLC (line 116), Vale SE (Line 880) and Pimco Fixed Income mutual funds (Lines 644 and 645). The Broker is currently researching this issue.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Petrese B. Tucker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544